

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,375-01

### EX PARTE SHELTON WADE MONTGOMERY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 4762A IN THE 100TH DISTRICT COURT FROM CARSON COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of two counts of aggravated sexual assault and sentenced to imprisonment for twenty and twenty-five years. The Seventh Court of Appeals affirmed his convictions. *Montgomery v. State*, 415 S.W.3d 580 (Tex. App.—Amarillo 2013).

Applicant contends that trial counsel rendered ineffective assistance because, among other things, he failed to investigate and present mitigation witnesses at the punishment hearing.

On June 24, 2015, we remanded this application and directed the trial court to order counsel to respond and to determine whether counsel's conduct was deficient and Applicant was prejudiced. On September 9, we received an order from the trial court. After reviewing an affidavit filed by counsel, the trial court found that his representation was not deficient and that his failure to call witnesses was a legitimate trial strategy. Counsel's affidavit was not, however, forwarded with the supplemental record. Accordingly, the trial court shall order the District Clerk to forward a copy of his affidavit to this Court as a supplemental record.

On September 10, Applicant filed objections in this Court to the trial court's findings and conclusions. He contends, among other things, that he never received notice that the trial court had made findings and conclusions. When a trial court makes findings and conclusions, a copy shall be immediately sent to all parties in a case. TEX. R. APP. P. 73.4(b)(2); *see also* TEX. CODE CRIM. PROC. art. 11.07, § 7. If the District Clerk has not already done so, the trial court shall order her to immediately send Applicant a copy of the trial court's findings and conclusions.

This application will be held in abeyance. Counsel's affidavit shall be forwarded to this Court within 15 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: October 14, 2015
Do not publish